**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENOBIO H. HERRERA, SR., | ) NO. CV 12-976-JSL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LINDA SANDERS, WARDEN, F.B.O.P., et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Feb. 8, 2012.

*Spencer Letts*

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE